IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

WISCONSIN ELECTRIC POWER COMPANY,

        Plaintiff,

   v.                               ORDER

                                        07-C-277-S

THE NORTHERN ASSURANCE COMPANY OF AMERICA
as successor to EMPLOYERS SURPLUS LINES INSURANCE COMPANY,

        Defendants.
_____

WISCONSIN ELECTRIC POWER COMPANY,

        Plaintiff,

   v.

                                        07-C-299-S

CENTURY INDEMNITY COMPANY as successor to
CALIFORNIA UNION INSURANCE COMPANY, INDEMNITY
INSURANCE COMPANY OF NORTH AMERICA and INSURANCE
COMPANY OF NORTH AMERICA, CONTINENTAL INSURANCE
COMPANY as successor to HARBOR INSURANCE COMPANY
and GENERAL REINSURANCE COMPANY,

        Defendants.
_____

      Plaintiff's motion to enforce the Court's August 1, 2007 discovery order came on to be heard by telephone in the above entitled matters on October 3, 2007, the plaintiff having appeared by Heller Ehrman by David J. Harth, Eric Barber, David Klein, Shara Boonshaft and Mark J. Plumer; defendant Northern Assurance Company of America by Litchfield Cavo by Joseph B. Royster; defendant Century Indemnity Company by Meissner, Tierney, Fischer & Nichols by Michael J. Cohen and Cohn, Baughman & Martin by William M. Cohn

and Brian Coffey; defendant Continental Insurance Company by Brennan, Steil & Basting by Michael R. Fitzpatrick and Michael & May by Jan M. Michaels and Michael McNaughton; defendant General Reinsurance Company by Ellen L. Green.  Honorable John C. Shabaz, District Judge, presided.

Accordingly,

ORDER

IT IS ORDERED that the Court's recommendation be followed, that production continue pursuant to the agreement of the parties and that all production in accordance with the requests to include the preparation of privilege logs be completed not later than October 22, 2007.

IT IS FURTHER ORDERED that non-dispositive motions relating to said order may be pursued where justification exists as set forth in the Court's Preliminary Pre-Trial Order.

Entered this 3rd day of October, 2007.

BY THE COURT:

/s/
_____
JOHN C. SHABAZ
District Judge