IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

WISCONSIN ELECTRIC POWER COMPANY,

        Plaintiff,

                                              MEMORANDUM AND ORDER

   v.

                                                    07-C-277-S

THE NORTHERN ASSURANCE COMPANY OF AMERICA
as successor to EMPLOYERS SURPLUS LINES INSURANCE COMPANY,

        Defendants.
_____

WISCONSIN ELECTRIC POWER COMPANY,

        Plaintiff,

   v.

                                                    07-C-299-S

CENTURY INDEMNITY COMPANY as successor to
CALIFORNIA UNION INSURANCE COMPANY, INDEMNITY
INSURANCE COMPANY OF NORTH AMERICA and INSURANCE
COMPANY OF NORTH AMERICA, CONTINENTAL INSURANCE
COMPANY as successor to HARBOR INSURANCE COMPANY
and GENERAL REINSURANCE COMPANY,

        Defendants.
_____

     On November 21, 2007 the Court heard Defendant Century Indemnity Company's motion to compel production of documents withheld by plaintiff as privileged. The Court ordered that plaintiff submit all documents for which it continued to claim privilege or *in camera* inspection. Plaintiff has now submitted and the Court has reviewed these document *in camera*. Based on its review of the documents the Court finds that privilege has been

properly asserted for all submitted documents except copies of two business cards on pages identified as WE-PRIV 00003951 and WE-PRIV 00003952.

Accordingly,

ORDER

IT IS ORDERED that all plaintiff shall produce to defendant copies of pages WE-PRIV 00003951 and WE-PRIV 00003952.

IT IS FURTHER ORDERED that in all other respects defendant Century Indemnity Company's motion to compel production of documents withheld by plaintiff as privileged is DENIED.

Entered this 10th day of December, 2007.

BY THE COURT:

/s/
_____
JOHN C. SHABAZ
District Judge